SEALED

FILED
2017 DEC 21  PM 1:42
U.S. MAGISTRATE JUDGE
BY_____

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CASSANDRA BROOKER<br><br>Defendant. | Case No.   2:17-mj-01204-NJK<br><br>**ORDER TO SEAL** |

Based on Government's Motion to Seal the Complaint in the above-captioned matter and good cause appearing, therefore

IT IS SO ORDERED that the Complaint be sealed.

DATED this 21st day of December, 2017.

_____
United States Magistrate Judge

3