# UNITED STATES DISTRICT COURT
for the

District of __NEVADA__

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 2:17-mj-01204-NJK |
| | ) |
| CASSANDRA BROOKER | ) |
| *Defendant* | ) |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse 333 Las Vegas Blvd., So. Las Vegas, NV 89101 | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | 07/25/2018 at 03:00 p.m. 2:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: __July 18, 2018__

_____
*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge

*Printed name and title*



```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

            JUL 1 8 2018

         CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```